CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
cvandenbosch@sheppardmullin.com
MICHELLE LAVOIE WISNIEWSKI, Cal. Bar No. 234032
mwisniewski@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Plaintiff,
LIVEVIEWGPS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LIVEVIEWGPS, INC., a California corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>SHARA TAYLOR LTD, INC., a Florida corporation; JEFFREY JURIST, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. CV12-09517-JFW-(FMOx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**[Complaint Filed:  November 6, 2012]** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff LIVEVIEWGPS, INC., by and through its counsel of record, hereby dismisses this action with prejudice as against defendants SHARA TAYLOR LTD, INC., JEFFREY JURIST, and DOES 1-10.

1 | Dated:  April 10, 2013

2
                              Respectfully submitted,
3
                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4

5
                              By        /s/ Carlo F. Van den Bosch
6                                       CARLO F. VAN DEN BOSCH
7
                                        Attorneys for Plaintiff,
8                                       LIVEVIEWGPS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28